LAWRENCE G. BROWN
United States Attorney
MATTHEW C. STEGMAN
Assistant United States Attorney
COLLEEN R. VILLARREAL
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2739


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-00152 KJM |
| ) | |
| Plaintiff, ) | Stipulation to Continue |
| ) | Judgment and Sentencing and |
| v. ) | Order |
| ) | |
| FREDERICK S. PERRES, ) | Date:  September 3, 2009 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed between the United States

and the defendant, FREDERICK S. PERRES, to continue the judgment

and sentencing hearing set for September 3, 2009, at 10:00 a.m.,

to October 1, 2009, at 10:00 a.m.

///

///

///

///

///

///

///

///

1

1      The parties agree to this continuance as Defendant's counsel,

2  Mr. Donald Dorfman, will be in jury trial on September 3, 2009.

3  DATED: September 1, 2009              LAWRENCE G. BROWN
                                         United States Attorney
4

5                                 By:  /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
6                                      Assistant U.S. Attorney

7
                                  By:  /s/ Colleen R. Villarreal
8                                      COLLEEN R. VILLARREAL
                                       Certified Law Clerk
9

10  DATED: September 1, 2009      By:  /s/ Donald P. Dorfman
                                       DONALD P. DORFMAN
11                                     Attorney for Defendant

12

13

14                              O R D E R

15  IT IS SO ORDERED:

16  Dated:  September 1, 2009.

17

18

19                                     _____
                                       U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28