1 BENJAMIN B. WAGNER
United States Attorney
2 MATTHEW C. STEGMAN
Assistant U.S. Attorney
3 COLIN M. SCOTT
Certified Law Student, Misdemeanor Unit
4 501 I Street, Suite 10-100
Sacramento, California 95814
5 Telephone: (916) 554-2936

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    Cr. No. S-09-152 KJM
                                  )
12             Plaintiff,         )    PROBATION REVOCATION PETITION,
                                  )    NOTICE OF HEARING and
13   v.                           )    ORDER
                                  )
14 Frederick Stanford Perres,     )    DATE:  September 2, 2010
                                  )    TIME:  10:00 a.m.
15             Defendant.         )    JUDGE: Hon. Kimberly J. Mueller
   ───────────────────────────────)

16

17      On October 1, 2009, the above-named defendant was given the

18 following sentence, among other things, by United States

19 Magistrate Judge Kimberly J. Mueller:

20      1.    The defendant is hereby sentenced to court

21            probation for a term of 1 year, subject to the

22            following terms and conditions:

23            a.    The defendant shall pay a fine in the amount

24                  of $1,000.00;

25            b.    The defendant shall pay a special assessment

26                  in the amount of $25.00; and

27            c.    The defendant shall make restitution

28                  (including community restitution) in the

                                1

1                   amount of $199.14 to the General Services

2                   Administration, Miscellaneous Receipts for

3                   Nonfederal Claims, Claim #VCR6910A, P.O. Box

4                   979009, St. Louis, Missouri 63197-9009l; and

5         d.      Probation shall be terminated upon full

6                   payment of the fine, special assessment and

7                   restitution.

8       As of August 17, 2010, defendant has failed to pay the above

9 fine, special assessment, and restitution. Accordingly, the

10 United States alleges that the defendant has violated the

11 following conditions of probation:

12         1.      The defendant has not paid the above fine in the

13                   amount of $1,000.00, in full or in part;

14         2.      The defendant has not paid the above special

15                   assessment in the amount of $25.00, in full or in

16                   part; and

17         3.      The defendant has not paid the above restitution

18                   in the amount of $199.14, in full or in part.

19       Currently, the defendant's Court Probation is scheduled to

20 terminate on September 30, 2010, at 11:59 p.m. The United States

21 therefore petitions the Court to add this matter on its calendar

22 for a probation revocation hearing to allow the defendant to show

23 cause why the probation granted on October 1, 2009, should not be

24 revoked.

25 ///

26 ///

27 ///

28 ///

1      The above has been related to me by Colin M. Scott, a

2  certified law clerk in the Misdemeanor Unit at the U.S.

3  Attorney's Office whom I personally supervise and have certified.

4  Based on this information, I declare under penalty of perjury

5  that the foregoing is true and correct to the best of my

6  knowledge.

7  DATED: _____, 2010      Respectfully submitted,

8                          BENJAMIN B. WAGNER
                            United States Attorney

9

10                By:___/s/Matthew C. Stegman_____
                        MATTHEW C. STEGMAN

11                        Assistant U.S. Attorney

12                  ORDER

13      It is Hereby Ordered that the defendant appear on September

14  2, 2010, to show cause why the probation granted on October 1,

15  2009, should not be revoked.

16      IT IS SO ORDERED.

17  Dated: August 19, 2010

18                                _____

19          U.S. MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

3