```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLIN SCOTT
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-152 KJM |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS PETITION FOR PROBATION REVOCATION AND ORDER TO APPEAR |
| v. ) | |
| FREDERICK S. PERRES, ) | DATE: December 2, 2010 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____ ) | JUDGE: Hon. Kimberly J. Mueller |

The United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Petition for Probation Revocation, requests that the hearing set for December 2, 2010, be vacated.

DATED: December 1, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                         By: /s/Jared C. Dolan for
                             MATTHEW C. STEGMAN
                             Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLIN SCOTT
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-152 KJM |
| Plaintiff, ) | [Proposed] Order |
| v. ) | |
| FREDERICK S. PERRES, ) | DATE:  December 2, 2010 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss the Petition for Probation Revocation for Cr. No. S-09-152 KJM is GRANTED.

IT IS SO ORDERED.

Dated:  December 1, 2010.

_____
U.S. MAGISTRATE JUDGE